UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WARREN SPIES,<br>    Plaintiff,<br>v.<br>CARSON SMITHFIELD, LLC,<br>    Defendant. | Case No. 5:19-cv-01401-EJD<br><br>**ORDER TO SHOW CAUSE WHY DEFAULT SHOULD NOT BE ENTERED** |

Defendant was served on April 11, 2019. Dkt. No. 13. Since then, no counsel has appeared on Defendant's behalf, Defendant has failed to answer the complaint, and Defendant has twice failed to submit its portion of case management statements (*see* Dkt. Nos. 17, 19). Because Defendant has failed to plead or otherwise defend, entry of default is warranted. Fed. R. Civ. P. 55(a); *see Fisher v. Taylor*, 1 F.R.D. 448, 448 (E.D. Tenn. 1940).

Accordingly, the parties are ordered to appear before the Honorable Edward J. Davila on August 29, 2019 at 10:00 AM in Courtroom No. 4, 5th Floor, United States District Court, 280 South First Street, San Jose, California, 95113, for Defendant to show cause why the Court should not enter default against it. Failure to appear will result in entry of default. The Court may vacate this Order to Show Cause, if on or before August 19, 2019, (1) Defendant's counsel notices their appearance in this matter, (2) Defendant responds to the complaint, and (3) Defendant files a statement with the Court explaining its neglect in defending this action. Alternatively, the parties may file, on or before August 19, 2019, a stipulated dismissal of the action pursuant to Federal Rule of Civil Procedure 41(a).

All other pretrial deadlines and hearing dates, including the Conference set for August 1,

2019, are vacated.

Within five days of the date of this Order, Plaintiff shall serve a copy of this Order on Defendant and file with the Court proof of service on Defendant.

**IT IS SO ORDERED.**

Dated: July 22, 2019

_____
EDWARD J. DAVILA
United States District Judge