Abraham J. Colman (SBN 146933)
Email: acolman@reedsmith.com
Tuan V. Uong (SBN 272447)
Email: tuong@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone:  +1 213 457 8000
Facsimile:   +1 213 457 8080

Attorneys for Defendant
Carson Smithfield, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WARREN SPIES,<br><br>            Plaintiff,<br><br>    vs.<br><br>CARSON SMITHFIELD, LLC,<br><br>            Defendant. | Case No.: 5:19-cv-01401-EJD<br><br>**JOINT STIPULATION WITHOUT AN ORDER PURSUANT TO FRCP RULE 41**<br><br>Honorable Edward J. Davila |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1    Pursuant to Federal Rules of Civil Procedure Rule 41(1)(A)(ii), counsel for

2  Plaintiff Warren Spies and Defendant Carson Smithfield, LLC, hereby jointly request

3  that the Court dismiss this matter with prejudice.

4

5  Respectfully submitted,

6

7  DATED:  August 13, 2019          KIMMEL & SILVERMAN, P.C.

8                                   By:  */s/ Amy L.B. Ginsburg*
                                         Amy L.B. Ginsburg
9                                        Attorneys for Plaintiff
                                         Warren Spies
10

11

12 DATED:  August 13, 2019          REED SMITH LLP

13                                  By:  */s/ Tuan V. Uong*
                                         Tuan V. Uong
14                                       Attorneys for Defendant
                                         Carson Smithfield, LLC
15

16

17

18

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware