1  Abraham J. Colman (SBN 146933)
   Email: acolman@reedsmith.com
2  Tuan V. Uong (SBN 272447)
   Email: tuong@reedsmith.com
3  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
4  Los Angeles, CA  90071-1514
   Telephone:  +1 213 457 8000
5  Facsimile:   +1 213 457 8080

6  Attorneys for Defendant
   Carson Smithfield, LLC

7

**IT IS SO ORDERED**

Judge Edward J. Davila

8/13/2019

8                UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11

12  WARREN SPIES,                      Case No.: 5:19-cv-01401-EJD

13            Plaintiff,              **JOINT STIPULATION WITHOUT
                                      AN ORDER PURSUANT TO FRCP
14      vs.                           RULE 41**

15  CARSON SMITHFIELD, LLC,            Honorable Edward J. Davila

16            Defendant.

17

18

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

JOINT DISMISSAL PURSUANT TO FRCP RULE 41

1    Pursuant to Federal Rules of Civil Procedure Rule 41(1)(A)(ii), counsel for

2  Plaintiff Warren Spies and Defendant Carson Smithfield, LLC, hereby jointly request

3  that the Court dismiss this matter with prejudice.

4

5  Respectfully submitted,

6

7  DATED:  August 13, 2019          KIMMEL & SILVERMAN, P.C.

8                                   By:  */s/ Amy L.B. Ginsburg*_____

9                                        Amy L.B. Ginsburg
                                         Attorneys for Plaintiff
10                                       Warren Spies

11

12 DATED:  August 13, 2019          REED SMITH LLP

13                                  By:   */s/ Tuan V. Uong*_____

14                                       Tuan V. Uong
                                         Attorneys for Defendant
15                                       Carson Smithfield, LLC

16

17

18

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 1 –